FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>STATE OF IDAHO,<br><br>Defendant,<br><br>v.<br><br>MIKE MOYLE, Speaker of the Idaho House of Representatives; CHUCK WINDER, President Pro Tempore of the Idaho Senate; THE SIXTY-SEVENTH IDAHO LEGISLATURE, Proposed Intevenor-Defendants,<br><br>Movants-Appellants. | Nos.   23-35440, 23-35450<br><br>D.C. No. 1:22-cv-00329-BLW<br>District of Idaho,<br>Boise<br><br>**ORDER** |

**MURGUIA**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this matter be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3.  The order published at 2023 WL 6308107 (9th Cir. Sep. 28, 2023) is vacated.